# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 19, 2014

## NO. 03-13-00094-CV

**Center for Food Safety, John Does 1 and 2, Darla Cherry, and Jennifer Lopez, Appellants**

**v.**

**David Lakey, in his official capacity as the Commissioner of the Texas Department of State Health Services, and the Texas Department of State Health Services, Appellees**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on January 14, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.